# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>5728 SOUTH JEFFERSON AVENUE<br>SPRINGFIELD, MISSOURI 65810 | )<br>)<br>) Case No. 17-SW-3037DPR<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Western__ District of __Missouri__
*(identify the person or describe the property to be searched and give its location)*:

5728 SOUTH JEFFERSON AVENUE, SPRINGFIELD, MISSOURI 65810, further described in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

☑ **YOU ARE COMMANDED** to execute this warrant on or before __March 28, 2017__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __the Honorable David P. Rush__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __3/13/17 at 10:05 a.m.__   __/s/ David P. Rush__
*Judge's signature*

City and state: __Springfield, Missouri__   __David P. Rush, United States Magistrate Judge__
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 17-SW-2027 DPR | 03/16/2017  1335 HRS | MARIA TOTTEN + MARCO BARAZA |

Inventory made in the presence of:
SPD OFF. COSTELLO

Inventory of the property taken and name of any person(s) seized:

I-PAD 8cg SER# 8K711BWBV9R
SAMSUNG CELL PHONE GALAXY S-7
TOSHIBA HARD DRIVE SER# X0GV1017B
SEAGATE H.D. 500g SER# GVEERXSL
IPHONE MOD A1303 SER# BCGA1303B
MOTOROLA CELL PHONE
BLACK NYLON CASE W/ 2 THUMB DRIVES
DYNEX EXTERNAL H.D.
APPLE I-PAD SER# DLXM35N8FCM5
SAMSUNG LAPTOP SER# 0LZH91CH701339K
DELL INSPIRON DESKTOP SER# 1K76NY1
SONY CAMERA SER# 513514
SEAGATE H.D SER# 4LJ16HAA
SEAGATE H.D. SER# 5QM2PRKE
4GB SD CARD
10 OPTICAL DISKS
HP COMPUTER SER# CNB8120QNC
16G SANDISK CRUZER THUMB DRIVE
16G SANDISK CRUZER THUMB DRIVE
8 OPTICAL DISKS
APPLE IPOD SER# 8K31335V9ZU
IPHONE 6

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/22/2017

J.D. Holdman
Executing officer's signature

J.D. Holdman    SA/HSI
Printed name and title

# ATTACHMENT A

## DESCRIPTION OF PROPERTY TO BE SEARCHED

Addressed and known as: the Marco BARRAZA residence, located at 5728 South Jefferson Avenue, in Springfield, Missouri 65810. The BARRAZA residence is the third house on the right from the intersection with South Farm Road 157, and is clearly marked with the numbers "5728" above the attached garage. The exterior walls are covered with brown brick and composition brown asphalt shingles cover the roof. The resdidence has white shutters and white front and garage doors.



15

## ATTACHMENT B

### Particular Things to be Seized

1. Computers and computer equipment, cellular phones, digital storage devices, tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, flash drives, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, computer software, hardware and software operating manuals, tape systems and hard drive and other computer related operation equipment, digital cameras, scanners in addition to computer photographs, Graphic Interchange formats and/or photographs, undeveloped photographic film, slides, or other visual depictions of such Graphic Interchange format equipment, and the data stored within these materials, which has been used or may be used for the following:

    a. to visually depict minors engaged in sexually explicit conduct, child pornography, and/or child erotica;

    b. to advertise, transport, distribute, receive, collect, and possess visual depictions of minors engaged in sexually explicit conduct, child pornography, and/or child erotica; and

    c. to show or evidence a sexual interest in minors or desire or motive to collect or distribute visual depictions of minors engaged in sexually explicit conduct or child pornography.

2. Records, documents, writings, and correspondence with others pertaining to the possession, receipt, distribution, transportation, or advertisement of visual depictions of minors engaged in sexually explicit conduct or child pornography.

3. Any and all photographs, compact disks, DVD's, motion picture films (including but not limited to 8mm film), super 8 video, video cassette tapes, production and reproduction equipment, motion picture cameras, video cameras, video cassette recorders, and other photographic and video recording equipment used to produce or reproduce photographs, motion picture films, or video cassettes, cameras, documents, books, records, ledgers, correspondence, receipts, magazines, and other materials reflecting the purchase, sale, trade, transmission, advertising, transport, distribution, receipt, and possession of any visual depiction of minors engaged in sexually explicit conduct or to show or evidence a sexual interest in minors or desire or motive to collect, distribute, and receive visual depictions of minors engaged in sexually explicit conduct or child pornography.

4. Any and all magazines, books, photographs, letters, written narratives, and computer text files or any other printed or electronic matter to show or evidence a sexual interest in minors or desire or motive to advertise, distribute, transport, receive, collect, or possess visual depictions of minors engaged in sexually explicit conduct or child pornography.

5. Any and all records showing or bearing indicia of the use, ownership, possession, or control of the residential/business premises described as and items contained therein, including visual depictions of minors engaged in sexually explicit conduct, child pornography, computer equipment, accessories, telephone(s), modem(s), or such records, whether stored on paper, in files, invoices, bills, leases, deeds, permits, licenses, telephone bills, tax receipts, or other documentation, or on magnetic media such as tape, cassette, disk, diskette or on memory storage devices such as optical disks or storage media.

6. Envelopes, letters, and other correspondence, including, but not limited to, electronic mail, chat logs, IRC logs, ICQ logs, all usage records for distributed file sharing technologies, and electronic messages, offering to distribute and receive visual depictions of minors engaged in sexually explicit conduct or child pornography, or to show or evidence a sexual interest in minors or desire or motive to advertise, distribute, transport, receive, collect, and possess visual depictions of minors engaged in sexually explicit conduct or child pornography.

7. Records or other items that evidence ownership or use of computer equipment found in the above residence, including, but not limited to, correspondence, sales receipts, and bills for Internet access, all handwritten notes and handwritten notes in computer manuals.

8. Keys, storage combinations, passwords, and paperwork which indicate any other storage containers or facilities that could contain evidence of collection, advertising, transport, distribution, receipt, or possession of visual depictions of minors engaging in sexually explicit conduct or child pornography.